IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| QUINTILLA MARIA VANTREASE | ) |
| | ) |
| v. | ) NO. 3-14-1321 |
| | ) JUDGE CAMPBELL |
| CAROLYN W. COLVIN | ) |

ORDER

Pending before the Court is a Report and Recommendation of the Magistrate Judge (Docket No. 16), to which no Objections have been filed. The Court has reviewed the Report and Recommendation and the file. The Report and Recommendation is adopted and approved.

Accordingly, the Plaintiff's Motion for Judgment on the Administrative Record (Docket No. 14) is DENIED, and the determination of the Commissioner is AFFIRMED.

All matters having been determined, the Clerk is directed to close the file.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE